## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

12 FEB 15 AM 9:55


DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>ANTHONY MATA AROZ, JR.,<br><br>　　　　　　　　　Defendant. | CASE NO. 12CR0107 JLS<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____　the Court has dismissed the case for unnecessary delay; or

____　the Court has granted the motion of the Government for dismissal, without prejudice; or

____　the Court has granted the motion of the defendant for a judgment of acquittal; or

____　a jury has been waived, and the Court has found the defendant not guilty; or

____　the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Information:

　　　21:952 and 960 - Importation of Methamphetamine

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/14/12

　　　　　　　　　　　　　　　　　　William V. Gallo
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge